DAVID L. KELLER, Appellant, v. HUNGARIAN GENERAL CREDIT BANK and

Others, Respondents.— Motion for stay denied, and stay vacated, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.